**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2208**

ANNETTE CUMMINGS,

             Plaintiff - Appellant,

        v.

NATIONAL LABOR RELATIONS BOARD,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:16-cv-00216-RDB)

Submitted:  February 23, 2017      Decided:  February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Annette Cummings, Appellant Pro Se.  Helene Debra Lerner, Aaron
David Samsel, NATIONAL LABOR RELATIONS BOARD, Washington, D.C.,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette Cummings sought judicial review of a decision by the General Counsel of the National Labor Relations Board. Finding that it did not have subject matter jurisdiction to review prosecutorial decisions of the Board's General Counsel, the district court dismissed the action. Cummings appeals this order and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cummings v. NLRB, No. 1:16-cv-00216-RDB (D. Md. June 28, 2016; Oct. 20, 2016). We grant Cummings leave to proceed in forma pauperis, but deny her motion for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED